ACCEPTED
05-17-00142-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/8/2018 10:43 AM
LISA MATZ
CLERK

# THOMPSON
## COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/8/2018 10:43:09 AM

LISA MATZ
Clerk

Austin
Dallas
Houston
Los Angeles
New Orleans
Saint Paul

Cassie J. Dallas
Direct Dial: (214) 871-8257
cdallas@thompsoncoe.com

February 8, 2018

Lisa Matz                                         *Via E-Filing*
Clerk of Court
Fifth Court of Appeals
600 Commerce St., Suite 200
Dallas, TX 75202-4658

> Re: No. 05-17-00142-CV; *Lakshmi Realty, LLC d/b/a DFW Realties v. Firewheel Brokerage PLLC, Dallas Local Realty Group, Inc., Triangle Group GP, LLC, Jaleh Kaftousian, and Edith Leon Kelly*

Dear Ms. Matz:

This letter confirms receipt of correspondence from the Dallas Court of Appeals setting this appeal for oral argument on February 14, 2018 at 2:00 p.m. I will present oral argument on behalf of Appellees Dallas Local Realty Group, Inc., Triangle Group GP, LLC, and Edith Leon Kelly.

Very truly yours,

*/s/ Cassie J. Dallas*

Cassie J. Dallas

Plaza of the Americas | 700 N. Pearl Street, Twenty-Fifth Floor | Dallas, TX 75201-2832 | (214) 871-8200 | Fax: (214) 871-8209

cc:     Michael S. Gardner
        mg@gardnerhaas.com
        Eric P. Haas
        eh@gardnerhaas.com
        GARDNER HAAS, PLLC
        2828 Routh Street
        Suite 660
        Dallas, Texas  75201
        *Counsel for Appellant*

        Bo Blackburn
        bo@abdmlaw.com
        Jacob Scheick
        jscheick@abdmlaw.com
        ALMANZA, BLACKBURN, DICKIE & MITCHELL, LLP
        2301 S. Capital of Texas Highway
        Building H
        Austin, Texas 78746
        *Counsel for Appellees Firewheel Brokerage, PLLC*
        *and Jaleh Kaftousian*